# FVCbank
## Success has a bank.

000001        070223        890028
1601 17TH PLACE FLATS, LLC
5614 CONNECTICUT AVE NW STE 134
WASHINGTON DC 20015-2604

Page           1 of 3
Account Number:         ▉0075
Date                    07/02/23

## BUSINESS CHECKING                               Acct ▉0075

### Summary of Activity Since Your Last Statement

| | | | |
|---|---|---|---|
| | Beginning Balance | 6/01/23 | 7,761.99 |
| | Deposits / Misc Credits | 4 | 20,063.85 |
| | Withdrawals / Misc Debits | 8 | 24,284.35 |
| ** | Ending Balance | 6/30/23 | 3,541.49** |
| | Service Charge | | .00 |
| | Average Balance | | 11,164 |
| | Average Collected Balance | | 11,164 |
| | Minimum Balance | | 10,406 - |
| | Enclosures | | 4 |

### Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|
| 6/02 | 1,058.00 | Deposit |
| 6/02 | 1,954.00 | WELLS FARGO BANK/DHS |
| | | 1601 17TH PLACE FLATS |
| 6/02 | 3,104.00 | DISTRICT OF COLU/HCVP FEDER |
| | | 1601 17TH PLACE FLATS |
| 6/27 | 13,947.85 | Reverse Pmt Ln xxxxx0750 proc. in error |

### Checks

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 6/05 | 756 | 366.96 | 6/12 | 757 | 120.00 | 6/12 | 760* | 120.00 |

* indicates a break in check number sequence

### Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| 6/06 | 158.57 | REPUBLICSERVICES/RSIBILLPAY |
| | | 304118887515 RICHARD CUNNINGHAM |
| 6/08 | 36.52 | POTOMAC ELECTRIC/BILLPAY |
| | | POTOMAC ELECTRI 1601 17TH PLACE FLATS |
| 6/08 | 286.42 | PEPCO PAYMENTUS/BILLPAY |
| | | PEPCO PAYMENTUS 1601 17TH PLACE FLATS |
| 6/26 | 9,248.03 | APRIL & MAY LN PMTS XXXXX0750 |
| 6/26 | 13,947.85 | Payment to LN xxxxx0750 |

# FVCbank
### Success has a bank.

|  |  |
|---|---|
| 1601 17TH PLACE FLATS, LLC | Page 2 of 3 |
| 5614 CONNECTICUT AVE NW STE 134 | Account Number: ████0075 |
| WASHINGTON DC 20015-2604 | Date 07/02/23 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/02 | 13,877.99 | 6/08 | 13,029.52 | 6/27 | 3,541.49 |
| 6/05 | 13,511.03 | 6/12 | 12,789.52 | | |
| 6/06 | 13,352.46 | 6/26 | 10,406.36 - | | |

# FVCbank
### Success has a bank.

Page 3 of 3
Account: 0075
Date 07/02/23



06/02/2023        $1,058.00

06/05/2023    756    $366.96



06/12/2023    757    $120.00

06/12/2023    760    $120.00