# FVCbank
## Success has a bank.

000001        073123        890028
1601 17TH PLACE FLATS, LLC
5614 CONNECTICUT AVE NW STE 134
WASHINGTON DC 20015-2604

Page            1 of 3
Account Number:    282010075
Date            07/31/23

**BUSINESS CHECKING**                    Acct ████0075

### Summary of Activity Since Your Last Statement

|  |  |  |  |
|---|---|---|---|
|  | Beginning Balance | 7/01/23 | 3,541.49 |
|  | Deposits / Misc Credits | 2 | 5,058.00 |
|  | Withdrawals / Misc Debits | 10 | 7,391.07 |
| ** | Ending Balance | 7/31/23 | 1,208.42** |
|  | Service Charge |  | .00 |
|  | Average Balance |  | 3,418 |
|  | Average Collected Balance |  | 3,418 |
|  | Minimum Balance |  | 1,208 |
|  | Enclosures |  | 6 |

## Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|
| 7/05 | 1,954.00 | WELLS FARGO BANK/DHS |
|  |  | 1601 17TH PLACE FLATS |
| 7/05 | 3,104.00 | DISTRICT OF COLU/HCVP FEDER |
|  |  | 1601 17TH PLACE FLATS |

## Checks

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 7/10 | 761 | 250.00 | 7/17 | 763 | 303.48 | 7/19 | 765 | 120.00 |
| 7/03 | 762 | 675.00 | 7/17 | 764 | 400.00 | 7/25 | 767* | 597.45 |

* indicates a break in check number sequence

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| 7/12 | 4,699.82 | 6/23 PMT LN XXXXX0750 |
| 7/17 | 36.70 | POTOMAC ELECTRIC/BILLPAY |
|  |  | POTOMAC ELECTRI 1601 17TH PLACE FLATS |
| 7/17 | 150.05 | PEPCO PAYMENTUS/BILLPAY |
|  |  | PEPCO PAYMENTUS 1601 17TH PLACE FLATS |
| 7/18 | 158.57 | REPUBLICSERVICES/RSIBILLPAY |
|  |  | 304118887515 RICHARD CUNNINGHAM |

Case 23-00020-ELG    Doc 42-1    Filed 08/29/23    Entered 08/29/23 18:22:21    Desc
Exhibit  bank account statement    Page 2 of 4

# FVCbank
### Success has a bank.

1601 17TH PLACE FLATS, LLC
5614 CONNECTICUT AVE NW STE 134
WASHINGTON DC 20015-2604

Page 2 of 3
Account Number: ████0075
Date 07/31/23

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
| --- | --- | --- | --- | --- | --- |
| 7/03 | 2,866.49 | 7/12 | 2,974.67 | 7/19 | 1,805.87 |
| 7/05 | 7,924.49 | 7/17 | 2,084.44 | 7/25 | 1,208.42 |
| 7/10 | 7,674.49 | 7/18 | 1,925.87 | | |

![FVCbank - Success has a bank.]

| Date | Check # | Amount |
|---|---|---|
| 07/10/2023 | 761 | $250.00 |

Check 761: Pay to US Trustee, $250.00, dated 6/26/23, memo: 1601 17th Place SE/US Trustee Payment

| 07/03/2023 | 762 | $675.00 |

Check 762: Pay to 517 GMS Electric, Inc., $675.00, dated 6/26/23, memo: Reinstallment / Deposit

| 07/17/2023 | 763 | $303.48 |

Check 763: Pay to Real Estate Tax NV, $303.48, dated 7/8/23, memo: 1601 17th Place SE/mgmt fee



| 07/17/2023 | 764 | $400.00 |

Check 764: Pay to Parma Services, $400.00, dated 7/8/23, memo: 1601 17th Place/ Invoice #000199



| 07/19/2023 | 765 | $120.00 |

Check 765: Pay to Lawn O'Works, LLC, $120.00, dated 7/8/23, Invoice # 000788, memo: 1601 17th Place SE/Landscaping

| 07/25/2023 | 767 | $597.45 |

Check 767: Pay to DC Water, $597.45, dated 7/8/23, memo: 1601 17th Place SE / Acct # 396665-3

**FVCbank**
— Success has a bank.

Date: June 28, 2023
Account:  282010075

11325 Random Hills Road
Fairfax, VA 55030

1601 17TH PLACE FLATS, LLC
5614 CONNECTICUT AVE NW STE 134
WASHINGTON DC 20015-2604

The items listed below were presented for payment against your account number 282010075 .

Your account has been charged .00 due to the cost involved in handling these transactions.

| Check# | Amount | Reason | Fee | Returned/Paid |
|---|---|---|---|---|
|  | 13,947.85 | OD |  | Paid |