

| | | | | |
|---|---|---|---|---|
| 000001 | 083123 | 890028 | Page | 1 of 3 |
| 1601 17TH PLACE FLATS, LLC | | | | |
| 5614 CONNECTICUT AVE NW STE 134 | | | Account Number: | ████0075 |
| WASHINGTON DC 20015-2604 | | | Date | 08/31/23 |

### BUSINESS CHECKING     Acct ████0075

#### Summary of Activity Since Your Last Statement

| | | | |
|---|---|---|---|
| Beginning Balance | 8/01/23 | | 1,208.42 |
| Deposits / Misc Credits | | 3 | 4,799.00 |
| Withdrawals / Misc Debits | | 6 | 5,790.33 |
| ** Ending Balance | 8/31/23 | | 217.09** |
| Service Charge | | | .00 |
| Average Balance | | | 1,177 |
| Average Collected Balance | | | 1,177 |
| Minimum Balance | | | 181 |
| Enclosures | | | 2 |

### Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|
| 8/02 | 1,954.00 | WELLS FARGO BANK/DHS |
| | | 1601 17TH PLACE FLATS |
| 8/02 | 2,809.00 | DISTRICT OF COLU/HCVP FEDER |
| | | 1601 17TH PLACE FLATS |
| 8/16 | 36.00 | DISTRICT OF COLU/HCVP FEDER |
| | | 1601 17TH PLACE FLATS |

### Checks

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/07 | 769 | 366.96 | 8/04 | 772* | 89.69 | | | |

* indicates a break in check number sequence

### Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| 8/07 | 4,548.21 | JULY PMT TO LN 0750 |
| 8/07 | 36.47 | POTOMAC ELECTRIC/BILLPAY |
| | | POTOMAC ELECTRI 1601 17TH PLACE FLATS |
| 8/07 | 151.55 | PEPCO PAYMENTUS/BILLPAY |
| | | PEPCO PAYMENTUS 1601 17TH PLACE FLATS |
| 8/08 | 597.45 | DC WATER/UTILITYPMT |
| | | 3487003 1601 17TH PLACE FLATS |

1601 17TH PLACE FLATS, LLC
5614 CONNECTICUT AVE NW STE 134
WASHINGTON DC 20015-2604

Page 2 of 3
Account Number: ▮0075
Date 08/31/23

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/02 | 5,971.42 | 8/07 | 778.54 | 8/16 | 217.09 |
| 8/04 | 5,881.73 | 8/08 | 181.09 | | |

```
                                                        1
                                    Page          3 of 3
                                    Account:       0075
                                    Date         08/31/23
```



```
08/07/2023   769   $366.96
```

```
08/04/2023   772   $89.69
```