

```
000001        100123      890028                                    Page        1 of 3
1601 17TH PLACE FLATS, LLC
5614 CONNECTICUT AVE NW STE 134                        Account Number:       0075
WASHINGTON DC 20015-2604                               Date                10/01/23
```

### BUSINESS CHECKING                                   Acct ▇▇▇▇ 0075

**Summary of Activity Since Your Last Statement**

| | | |
|---|---|---|
| Beginning Balance | 9/01/23 | 217.09 |
| Deposits / Misc Credits | 11 | 6,855.47 |
| Withdrawals / Misc Debits | 14 | 7,052.84 |
| ** Ending Balance | 9/30/23 | 19.72** |
| Service Charge | | .00 |
| Average Balance | | 62 |
| Average Collected Balance | | 62 |
| Minimum Balance | | 588 - |
| Enclosures | | 4 |

## Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|
| 9/05 | 1,954.00 | WELLS FARGO BANK/DHS |
| | | 1601 17TH PLACE FLATS |
| 9/05 | 2,845.00 | DISTRICT OF COLU/HCVP FEDER |
| | | 1601 17TH PLACE FLATS |
| 9/06 | 120.00 | Rev: Check |
| 9/06 | 158.57 | Rev: REPUBLICSERVICES/RSIBILLPAY |
| | | 304118887515 RICHARD CUNNINGHAM |
| 9/07 | 89.69 | Rev: Check |
| 9/07 | 402.11 | Rev: Check |
| 9/08 | 200.00 | Deposit |
| 9/08 | 158.57 | Rev: REPUBLICSERVICES/RETRY PYMT |
| | | 304118887515 RICHARD CUNNINGHAM |
| 9/08 | 575.00 | Rev: Check |
| 9/12 | 200.00 | Rev: Check |
| 9/13 | 152.53 | Rev: PEPCO PAYMENTUS/BILLPAY |
| | | PEPCO PAYMENTUS 1601 17TH PLACE FLATS |

## Checks

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 9/05 | 773 | 285.78 | 9/12 | 775 | 200.00 | 9/07 | 778 | 402.11 |
| 9/07 | 774 | 89.69 | 9/06 | 776 | 120.00 | 9/08 | 781* | 575.00 |
| 9/12 | 774* | 89.69 | 9/05 | 777 | 50.00 | | | |

* indicates a break in check number sequence

1

|  |  |
|---|---|
| 1601 17TH PLACE FLATS, LLC<br>5614 CONNECTICUT AVE NW STE 134<br>WASHINGTON DC 20015-2604 | Page                2 of 3<br>Account Number:         ▮0075<br>Date                   10/01/23 |

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| 9/05 | 4,699.82 | Reg pymt to Ln 205000750 |
| 9/05 | 35.00 | Overdraft/NSF Charge |
| 9/06 | 158.57 | REPUBLICSERVICES/RSIBILLPAY<br>304118887515 RICHARD CUNNINGHAM |
| 9/08 | 158.57 | REPUBLICSERVICES/RETRY PYMT<br>304118887515 RICHARD CUNNINGHAM |
| 9/13 | 36.08 | POTOMAC ELECTRIC/BILLPAY<br>POTOMAC ELECTRI 1601 17TH PLACE FLATS |
| 9/13 | 152.53 | PEPCO PAYMENTUS/BILLPAY<br>PEPCO PAYMENTUS 1601 17TH PLACE FLATS |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/05 | 54.51 - | 9/07 | 54.51 - | 9/12 | 55.80 |
| 9/06 | 54.51 - | 9/08 | 145.49 | 9/13 | 19.72 |

## Fee Recap

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $35.00 |
| Total Returned Item Fees | $.00 | $.00 |

```
                                                          1
                                          Page         3 of 3
                                          Account:       0075
                                          Date         10/01/23
```

| Check Image | Date | Check # | Amount |
|---|---|---|---|
| FVCbank Checking Deposit — 1601 17th Place Flats | 09/08/2023 | | $200.00 |
| Check to Jimmie Coleman — Trash Removal — 1601 17th Place SE/Bulk Trash | 09/05/2023 | 777 | $50.00 |
| Check to Real Estate Frenzy — 1601 17th PL SE/Mgmt Fee | 09/05/2023 | 773 | $285.78 |
| Check to DC Water — 1601 17th PL SE/Acct # 29605-3 | 09/07/2023 | 778 | $402.11 |
| Check to HP Pest Solutions, LLC — 1601 17th PL SE/Invoice #9979 | 09/07/2023 | 774 | $89.69 |
| Check to SK Appliance & Repair — Invoice #503 + #505 — 1601 17th PL SE/Unit 2 + Unit 4 | 09/08/2023 | 781 | $575.00 |
| Check to HP Pest Solutions, LLC — 1601 17th PL SE/Invoice #9979 | 09/12/2023 | 774 | $89.69 |
| Check to Alma Services — 1601 17th Place SE/Invoice #00235 | 09/12/2023 | 775 | $200.00 |
| Check to Lattimower Services — 1601 17th PL SE/Invoice #00840 | 09/06/2023 | 776 | $120.00 |



Date: September 05, 2023
Account:                0075

11325 Random Hills Road
Fairfax, VA 55030

1601 17TH PLACE FLATS, LLC
5614 CONNECTICUT AVE NW STE 134
WASHINGTON DC 20015-2604

The items listed below were presented for payment against your account number      0075 .

Your account has been charged 35.00 due to the cost involved in handling these transactions.

| Check# | Amount | Reason | Fee | Returned/Paid |
|---|---|---|---|---|
| 777 | 50.00 | OD | 35.00 | Paid |

09/05/2023  777  $50.00



Date:September 06, 2023
Account:                0075

11325 Random Hills Road
Fairfax, VA 55030

1601 17TH PLACE FLATS, LLC
5614 CONNECTICUT AVE NW STE 134
WASHINGTON DC 20015-2604

The items listed below were presented for payment against your
account number      0075 .

Your account has been charged .00 due to the cost
involved in handling these transactions.

| Check# | Amount | Reason | Fee | Returned/Paid |
|---|---|---|---|---|
| 776 | 120.00 | NSF | | Returned |
|  | 158.57 | NSF | | Returned |



09/06/2023  776  $120.00



Date: September 07, 2023
Account: ███0075

11325 Random Hills Road
Fairfax, VA 55030

1601 17TH PLACE FLATS, LLC
5614 CONNECTICUT AVE NW STE 134
WASHINGTON DC 20015-2604

The items listed below were presented for payment against your account number ███0075 .

Your account has been charged .00 due to the cost involved in handling these transactions.

| Check# | Amount | Reason | Fee | Returned/Paid |
|---|---|---|---|---|
| 774 | 89.69 | NSF | | Returned |
| 778 | 402.11 | NSF | | Returned |



09/07/2023  774  $89.69



09/07/2023  778  $402.11



Date: September 08, 2023
Account: 0075

11325 Random Hills Road
Fairfax, VA 55030

1601 17TH PLACE FLATS, LLC
5614 CONNECTICUT AVE NW STE 134
WASHINGTON DC 20015-2604

The items listed below were presented for payment against your account number 0075 .

Your account has been charged .00 due to the cost involved in handling these transactions.

| Check# | Amount | Reason | Fee | Returned/Paid |
|--------|--------|--------|-----|---------------|
| 781    | 575.00 | NSF    |     | Returned      |
|        | 158.57 | NSF    |     | Returned      |



09/08/2023  781  $575.00



Date: September 12, 2023
Account: ████0075

11325 Random Hills Road
Fairfax, VA 55030

1601 17TH PLACE FLATS, LLC
5614 CONNECTICUT AVE NW STE 134
WASHINGTON DC 20015-2604

The items listed below were presented for payment against your account number ████0075.

Your account has been charged .00 due to the cost involved in handling these transactions.

| Check# | Amount | Reason | Fee | Returned/Paid |
|---|---|---|---|---|
| 775 | 200.00 | NSF | | Returned |

09/12/2023   775   $200.00



Date: September 13, 2023
Account: ████0075

11325 Random Hills Road
Fairfax, VA 55030

1601 17TH PLACE FLATS, LLC
5614 CONNECTICUT AVE NW STE 134
WASHINGTON DC 20015-2604

The items listed below were presented for payment against your account number ████0075 .

Your account has been charged .00 due to the cost involved in handling these transactions.

| Check# | Amount | Reason | Fee | Returned/Paid |
|---|---|---|---|---|
| | 152.53 | NSF | | Returned |