IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**1601 17th Place Flats LLC,**<br><br>     Debtor. | **Case No. 23-00020-ELG**<br><br>**Chapter 11** |

### AMENDED NOTICE OF HEARING ON MOTION TO CONVERT OR DISMISS CASE

  **NOTICE IS HEREBY GIVEN** that the Acting United States Trustee has filed a motion to convert or dismiss.

  **YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

  **NOTICE OF HEARING.** A hearing on the Motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for **November 6, 2024 at 10:00 a.m**. The hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the Virtual Hearing Expectations.

  Parties in interest with questions may contact the undersigned. If you or your attorney do not file an objection by the deadline, the court may decide that you do not oppose the relief sought and may enter an order granting the relief requested.

Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

Document      Page 2 of 2

October 24, 2024                                    GERARD R. VETTER
                                                    ACTING U.S. TRUSTEE, REGION 4


                                                    By:  /s/ Kristen S. Eustis
                                                    Kristen S. Eustis, Trial Attorney
                                                    Federal Bar No. MD28984
                                                    Office of the United States Trustee
                                                    1725 Duke St., Suite 650
                                                    Alexandria, VA 22314
                                                    (703) 557-7227- Direct Dial
                                                    Kristen.S.Eustis@usdoj.gov


### Certificate of Service

I hereby certify that on October 24, 2024, I electronically filed the foregoing Amended Notice of Hearing with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Scott W Foley swf@shapirosher.com, ajs@shapirosher.com; msw@shapirosher.com;ssm@shapirosher.com;ens@shapirosher.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email


                                                    /s/ Robert W. Ours
                                                    Robert W. Ours
                                                    Paralegal Specialist