# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: ) | |
| ) | Case No. 23-00020-ELG |
| 1601 17th Place Flats LLC ) | Chapter 11 |
| ) | |
| Reorganized Debtor ) | |

## OPPOSITION TO U.S. TRUSTEE'S
## MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE

1601 17th Place Flats LLC ("Debtor") objects to the *U.S. Trustee's Motion to Convert or Dismiss Chapter 11 Case* (the "Motion," Docket No. 45) filed by Gerard R. Vetter, Acting United States Trustee for Region 4 (the "Movant") and states as follows:

1. The Debtor will catch up all required reports and U.S. Trustee fees prior to a hearing on the Motion.

2. Debtor does not object to the dismissal of this case.

WHEREFORE, for the foregoing reasons, the Debtor respectfully requests that the Motion be denied, and that the Court grant such other relief as it deems appropriate and proper.

Date: October 30, 2024                                Respectfully submitted,

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Debtor*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this October 30, 2024, a copy of the foregoing was served electronically via the Court's ECF system.

                                             /s/ *Justin P. Fasano*
                                             Justin P. Fasano