The order below is hereby signed.

Signed: October 31 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **1601 17th Place Flats LLC,** | **Case No. 23-00020-ELG** |
| **Debtor.** | **Chapter 11** |

### CONSENT ORDER DISMISSING CASE

Upon consideration of the motion filed by the Acting United States Trustee for Region 4 ("U.S. Trustee") to Convert or Dismiss Chapter 11 Case ("Motion"), the Debtor's response thereto consenting to the dismissal of the case (Doc. No. 47), and good cause having been shown for the requested relief, it is, by the United States Bankruptcy Court for the District of Columbia hereby

ORDERED that the motion of the Acting United States Trustee is hereby granted and this case is hereby DISMISSED.

It is further ORDERED that the clerk shall mail copies of this order to the parties listed below and give notice of this order to all parties listed on the mailing matrix.

I ask for this:

GERARD R. VETTER
Acting United States Trustee, Region 4

By: /s/ Kristen S. Eustis
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

Seen and consented to:

1601 17th Place Flats LLC

By: /s/ Justin Fasano
Justin Philip Fasano
McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 22070
301-441-2420
Fax : 301-982-9450
Email: jfasano@mhlawyers.com

Copies to:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;
hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com
Scott W Foley swf@shapirosher.com, ajs@shapirosher.com;
msw@shapirosher.com;ssm@shapirosher.com;ens@shapirosher.com
U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV
Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com;
verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

All creditors on mailing matrix

**END OF ORDER**